_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 28, 2025**

_____

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                             CHAPTER 13 PROCEEDING
  ASHLIE BREWER BENNETTE                            21-50247 KMS
  WILL PERRY BENNETTE
  486 Purvis Oloh Rd                                 SSN:  XXX-XX-4330
  Purvis, MS  39475

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  LAMAR COUNTY SCHOOL DISTRICT
  ATTN: PAYROLL
  424 MARTIN LUTHER KING DRIVE
  PURVIS, MS  39475

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE
  LOCK P.O. BOX 871
  HATTIESBURG, MS  39403
  (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net