United States Bankruptcy Court
Southern District of Mississippi

In re:  
Ashlie Brewer Bennette  
Will Perry Bennette  
    Debtors

Case No. 21-50247-KMS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2  
Date Rcvd: Apr 28, 2025     Form ID: pdf012     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ashlie Brewer Bennette, Will Perry Bennette, 486 Purvis Oloh Rd, Purvis, MS 39475-5321 |
| | + | OVERHEAD DOOR CO OF HATTIESBURG, 46 HATTEN ROAD, HATTIESBURG, MS 39402-9519 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Elizabeth Halsey Parrott | on behalf of Creditor Truist Bank Elizabeth.Parrott@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Will Perry Bennette jennifer@therollinsfirm.com  jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Ashlie Brewer Bennette jennifer@therollinsfirm.com |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Apr 28, 2025 | Form ID: pdf012 | Total Noticed: 2 |

    jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Michael J McCormick

    on behalf of Creditor Truist Bank Michael.McCormick@mccalla.com mccallaecf@ecf.courtdrive.com

Thomas Carl Rollins, Jr

    on behalf of Joint Debtor Will Perry Bennette trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

    on behalf of Debtor Ashlie Brewer Bennette trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 9

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 28, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  
  ASHLIE BREWER BENNETTE  
  WILL PERRY BENNETTE  
  486 Purvis Oloh Rd  
  Purvis, MS 39475

CHAPTER 13 PROCEEDING:  
21-50247 KMS

SSN: XXX-XX-5916

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  OVERHEAD DOOR CO OF HATTIESBURG  
  46 HATTEN ROAD  
  HATTIESBURG, MS 39402

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE  
  LOCK P.O. BOX 871  
  HATTIESBURG, MS 39403  
  (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE  
P.O. BOX 566  
HATTIESBURG, MS 39403  
(601) 582-5011  
ecfNotices@rawlings13.net