**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:** Ashlie Brewer Bennette             Case No. 21-50247 KMS
       Will Perry Bennette, Debtors                       Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

       cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

   G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

   H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

Signed: **/s/ Ashlie Brewer Bennette**                  **05/15/2025**
       Ashlie Brewer Bennette                          Date

      **/s/ Will Perry Bennette**                           **05/15/2025**
       Will Perry Bennette                                Date

      **/s/ Thomas C. Rollins, Jr.**                        **05/16/2025**
       Thomas C. Rollins, Jr., MS Bar No. 103469          Date
       Attorney for the Debtors
       The Rollins Law Firm, PLLC
       P.O. Box 13767
       Jackson, MS 39236
       601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

    On May 16, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                 **/s/ Thomas C. Rollins, Jr.**
                                                 Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>ASHLIE BREWER BENNETTE<br>WILL PERRY BENNETTE | CASE NO: 21-50247 KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/16/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/16/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 21-50247 KMS |
|---|---|
| ASHLIE BREWER BENNETTE<br>WILL PERRY BENNETTE | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 5/16/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/16/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING        HEIGHTS FINANCE DBA FIRST HERITAGE     SCOLOPAX  LLC
NCRS ADDRESS DOWNLOAD                   PO BOX 1947                            CO WEINSTEIN  RILEY  PS
CASE 21-50247 KMS                       GREENVILLE  SC 29602-1947              2001 WESTERN AVENUE  STE 400
SOUTHERN DISTRICT OF MISSISSIPPI                                               SEATTLE  WA 98121-3132
FRI MAY 16 10-30-37 PST 2025
```

```
                                        EXCLUDE
TRUIST BANK                             US BANKRUPTCY COURT                    1ST HERITAGE CREDIT
BANKRUPTCY DEPARTMENT                   DAN M RUSSELL  JR US COURTHOUSE        2307 HARDY STREET
PO BOX 27767                            2012 15TH STREET  SUITE 244            HATTIESBURG  MS 39401-5913
306-40-04-95                            GULFPORT  MS 39501-2036
RICHMOND  VA 23261-7767
```

```
ADVANCE FINANCIAL 247                   ADVANCE FINANCIAL ADMINISTRATION  LLC  ADVANCED RECOVERY SYST
100 OCEANSIDE DRIVE                     CO WEINSTEIN  RILEY  PS                219 KATHERINE DR
NASHVILLE  TN 37204-2351                2001 WESTERN AVENUE  STE 400           FLOWOOD  MS 39232-9588
                                        SEATTLE  WA 98121-3132
```

```
AMEX                                    (P)APPLIED BANK                        BALANCE CREDIT
PO BOX 981537                           PO BOX 15809                           180 N WACKER DR
EL PASO  TX 79998-1537                  WILMINGTON DE 19850-5809               STE 300
                                                                               CHICAGO  IL 60606-1603
```

```
BANK OF MISSOURI                        CAPITAL ONE                            (P)CAPITAL ONE
VERVENT CARD                            PO BOX 31293                           PO BOX 30285
2700 S LORRAINE PLACE                   SALT LAKE CITY  UT 84131-0293          SALT LAKE CITY UT 84130-0285
SIOUX FALLS SD 57106-3657
```

```
CAPITAL ONE BANK (USA)  NA              CASHNET USA                            CASHNETUSA
BY AMERICAN INFOSOURCE AS AGENT         175 W JACKSON                          175 W JACKSON BLVD
4515 N SANTA FE AVE                     STE 1000                               SUITE 1000
OKLAHOMA CITY  OK 73118-7901            CHICAGO  IL 60604-2863                 CHICAGO  IL 60604-2863
```

```
CELTIC BANK CO                          CENTRAL FINANCIAL SERVICES INC         CITIBANK NORTH AMERICA
PO BOX 4488                             6333 US HWY 49                         PO BOX 6497
BEAVERTON  OR 97076-4402                STE 60                                 SIOUX FALLS  SD 57117-6497
                                        HATTIESBURG  MS 39401
```

```
CITIBANK  NA                            COMENITY BANKGOODYS                    COMMUNITY BANK OF MISSISSIPPI
5800 S CORPORATE PL                     PO BOX 182789                          POB 265
SIOUX FALLS  SD  57108-5027             COLUMBUS  OH 43218-2789                LAUREL  MS 39441-0265
```

```
COMPREHENSIVE RADIOLOG                  CONTINENTAL FINANCE                    (P)CONTINENTAL FINANCE COMPANY
5000 W 4TH ST                           PO BOX 31292                           PO BOX 3220
HATTIESBURG  MS 39402-1000              TAMPA  FL 33631-3292                   BUFFALO NY 14240-3220
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS  NV 89193-8872

DIRECTV
2230 E IMPERIAL HWY
EL SEGUNDO  CA 90245-3502

DIRECTV  LLC
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

ELASTIC
PO BOX 950276
LOUISVILLE  KY 40295-0276

FINANCE SYSTEM  INC
32 S 9TH
RICHMOND  IN 47374-5504

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS  SD 57107-0145

GENESIS BANKCARD
PO BOX 4499
BEAVERTON  OR 97076-4499

GENESIS FS CARD
PO BOX 4499
BEAVERTON  OR 97076-4499

HATTIESBURG CLINIC  PA
415 SOUTH 28TH AVE
HATTIESBURG  MS 39401-7283

~~EXCLUDE~~
~~(D)HEIGHTS FINANCE DBA FIRST HERITAGE~~
~~PO BOX 1947~~
~~GREENVILLE  SC 29602-1947~~

INTEGRA CREDIT
200 W JACKSON BLVD
STE 500
CHICAGO  IL 60606-6949

JORA CREDIT OF MISSISS
7701 LAS COLINAS RIDGE
SUITE 650
IRVING  TX 75063-8114

KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI  MS 39534-7001

KOHLSCAPITAL ONE
PO BOX 3115
MILWAUKEE  WI 53201-3115

(P)KWIKCASH INC
ATTN TODD GETZ
28532 AIROSO STREET
RANCHO MISSION VIEJO CA 92694-1881

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

MRS BPO
1930 OLNEY AVE
CHERRY HILL  NJ 08003-2016

MS INSTITUTION OF HIGH
3825 RIDGEWOOD RD
JACKSON  MS 39211-6491

MARINER FINANCE  LLC
8211 TOWN CENTER DR
NOTTINGHAM  MD 21236-5904

MERCURYFBT
1415 WARM SPRINGS RD
COLUMBUS  GA 31904-8366

MERRICK BANKCARDWORKS
PO BOX 9201
OLD BETHPAGE  NY 11804-9001

(P)MOBILOANS  LLC
151 MELACON RD
MARKSVILLE LA 71351-3065

MONEYKEY
3422 OLD CAPITOL TRAIL
STE 1613
WILMINGTON  DE 19808-6124

NMAC
POB 660366
DALLAS  TX 75266-0366

NELNET
PO BOX 82561
LINCOLN  NE 68501-2561

~~EXCLUDE~~
~~(D)NELNET~~
~~PO BOX 82561~~
~~LINCOLN  NE 68501-2561~~

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| (P)ASCENDIUM EDUCATION SOLUTIONS INC<br>38 BUTTONWOOD COURT<br>MADISON WI 53718-2156 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>PO BOX 9013<br>ADDISON  TEXAS 75001-9013 | OPPORTUNITY FINANCIAL  LLC<br>130 E RANDOLPH STREET<br>SUITE 3400<br>CHICAGO  IL 60601-6379 |
| OPPURTUNITY FINANCIAL<br>130 E RANDOLPH ST<br>CHICAGO  IL 60601-6207 | PERSONIFY<br>PO BOX 500650<br>SAN DIEGO  CA 92150-0650 | (P)PLAIN GREEN LOANS<br>93 MACK ROAD  SUITE 600<br>BOX ELDER  MT 59521 |
| EXCLUDE<br>~~(D)(P)PLAIN GREEN LOANS~~<br>~~93 MACK ROAD  SUITE 600~~<br>~~BOX ELDER  MT 59521~~ | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | EXCLUDE<br>~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LL~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ |
| PREMIER BANKCARD  LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>GENESIS FS CARD SERVICES INC<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>MERCURY FINANCIAL LLC<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>SADINO FUNDING LLC<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 | (P)PERITUS PORTFOLIO SERVICES II  LLC<br>P O BOX 141419<br>IRVING TX 75014-1419 |
| REPUBLIC FINANCE<br>PO BOX 17227<br>HATTIESBURG  MS 39404-7227 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | RISE CREDIT<br>PO BOX 101808<br>FORT WORTH  TX 76185-1808 |
| SANTANDER CONSUMER USA  INC<br>1601 ELM ST  SUITE 800<br>DALLAS  TX 75201-7260 | SANTANDER CONSUMER USA<br>PO BOX 961211<br>FORT WORTH  TX 76161-0211 | EXCLUDE<br>~~(D)SCOLOPAX  LLC~~<br>~~CO WEINSTEIN  RILEY  PS~~<br>~~2001 WESTERN AVENUE  STE 400~~<br>~~SEATTLE  WA 98121-3132~~ |
| SCOLOPAX  LLC<br>CO WEINSTEIN  RILEY  PS<br>2001 WESTERN AVE  SUITE 400<br>SEATTLE  WA 98121-3132 | (P)SEZZLE INC<br>BANKRUPTCY DEPARTMENT<br>700 NICOLLET MALL<br>STE 640<br>MINNEAPOLIS MN 55402-2050 | SOUTHERN BONE  JOINT<br>3688 VETERANS MEMORIAL<br>STE 200<br>HATTIESBURG  MS 39401-8246 |
| SPEEDY CASH<br>3611 N RIDGE RD<br>WICHITA  KS 67205-1214 | SPEEDYRAPID CASH<br>PO BOX 780408<br>WICHITA  KS 67278-0408 | SUNTRUST BANK<br>PO BOX 85526<br>RICHMOND  VA 23285-5526 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SYNCHRONY BANK<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 | SYNCHRONY BANK<br>PO BOX 965028<br>ORLANDO  FL 32896-5028 | SYNCHRONY BANKAMAZON<br>PO BOX 965015<br>ORLANDO  FL 32896-5015 |
| SYNCHRONY BANKLOWES<br>PO BOX 956005<br>ORLANDO  FL 32896-0001 | TOTAL VISA<br>PO BOX 89940<br>SIOUX FALLS  SD 57109-6940 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 |
| TOWER LOAN OF MISSISSIPPI  LLC<br>PO BOX 320001<br>FLOWOOD  MS 39232-0001 | TRUIST BANK<br>PO BOX 27767<br>BANKRUPTCY DEPARTMENT RVW 3034<br>RICHMOND  VA 23261-7767 | TRUIST BANK<br>PO BOX 27767<br>BANKRUPTCY DEPARTMENT 306-40-04-95<br>RICHMOND  VA 23261-7767 |
| US DEPARTMENT OF EDUCATION CO NELNET<br>121 S 13TH ST  SUITE 201<br>LINCOLN  NE 68508-1911 | UNITED CREDIT CORP OF HATTIESBURG<br>1214 WEST PINE<br>HATTIESBURG  MS 39401-5060 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ |
| UNIVERSITY OF SOUTHERN MISSISSIPPI<br>HALEY BAYLIS<br>118 COLLEGE DR 5133<br>HATTIESBURG  MS 39406-0002 | VERIZON WIRELESS<br>3 VERIZON PLACE<br>ALPHARETTA  GA 30004-8510 | WILLIAMS  FUDGE<br>PO BOX 11590<br>ROCK HILL  SC 29731-1590 |
| DEBTOR<br>ASHLIE BREWER BENNETTE<br>486 PURVIS OLOH RD<br>PURVIS  MS 39475-5321 | ~~EXCLUDE~~<br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG  MS 39401-3836 |
| ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ | WILL PERRY BENNETTE<br>486 PURVIS OLOH RD<br>PURVIS  MS 39475-5321 | |