United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 21-50247-KMS
Ashlie Brewer Bennette  Chapter 13
Will Perry Bennette
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 5
Date Rcvd: Jun 11, 2025      Form ID: 3180W      Total Noticed: 89

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ashlie Brewer Bennette, Will Perry Bennette, 486 Purvis Oloh Rd, Purvis, MS 39475-5321 |
| 4979075 | + | 1st Heritage Credit, 2307 Hardy Street, Hattiesburg, MS 39401-5913 |
| 4979080 | + | Balance Credit, 180 N Wacker Dr, Ste 300, Chicago, IL 60606-1603 |
| 4979085 | | Central Financial Services Inc, 6333 US Hwy 49, Ste 60, Hattiesburg, MS 39401 |
| 4979088 | + | Community Bank of Mississippi, POB 265, Laurel, MS 39441-0265 |
| 4979090 | | Continental Finance, P.O. Box 31292, Tampa, FL 33631-3292 |
| 4979094 | + | Elastic, P.O. Box 950276, Louisville, KY 40295-0276 |
| 4979095 | + | Finance System, Inc., 32 S 9th, Richmond, IN 47374-5504 |
| 4979100 | + | Integra Credit, 200 W Jackson Blvd, Ste 500, Chicago, IL 60606-6949 |
| 4979111 | + | MS Institution of High, 3825 RIdgewood Rd, Jackson, MS 39211-6491 |
| 4979117 | ++ | PLAIN GREEN LOANS, 93 Mack Road, Suite 600, Box Elder, MT 59521 address filed with court:, Plain Green Loans, 93 Mack Rd Ste 600, Box Elder, MT 59521 |
| 4979119 | + | Republic Finance, P.O. Box 17227, Hattiesburg, MS 39404-7227 |
| 4979123 | + | Southern Bone & Joint, 3688 Veterans Memorial, Ste 200, Hattiesburg, MS 39401-8246 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@curo.com | Jun 11 2025 19:28:00 | Heights Finance dba First Heritage, P.O. BOX 1947, GREENVILLE, SC 29602, UNITED STATES 29602-1947 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Jun 11 2025 19:28:00 | Truist Bank, Bankruptcy Department, PO Box 27767, 306-40-04-95, Richmond, VA 23261-7767 |
| 4979079 | | EDI: APPLIEDBANK.COM | Jun 11 2025 23:24:00 | Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 4982580 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 11 2025 19:28:00 | Nelnet obo Ascendium Education Solutions, Ascendium Education Solutions, Inc., PO Box 8961, Madison WI 53708-8961 |
| 4979076 | + | Email/Text: bankruptcy@af247.com | Jun 11 2025 19:28:00 | Advance Financial 24/7, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5002198 | + | Email/Text: bncmail@w-legal.com | Jun 11 2025 19:28:00 | Advance Financial Administration, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4979077 | + | Email/Text: sbridwell@arscollections.com | Jun 11 2025 19:28:00 | Advanced Recovery Syst, 219 Katherine Dr, Flowood, MS 39232-9588 |
| 4979078 | + | Email/PDF: bncnotices@becket-lee.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 11, 2025 | Form ID: 3180W | Total Noticed: 89 |

| Recipient ID | | Delivery Method | Timestamp | Address |
|---|---|---|---|---|
| 4984104 | + | EDI: TCISOLUTIONS.COM | Jun 11 2025 19:32:37 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 4979082 | | EDI: CAPITALONE.COM | Jun 11 2025 23:24:00 | Bank of Missouri, Vervent Card, 2700 S Lorraine Place, Sioux Falls SD 57106-3657 |
| 4979091 | | Email/Text: cfcbackoffice@contfinco.com | Jun 11 2025 23:24:00 | Capital One Bank, PO Box 85520, Richmond, VA 23285-5520 |
| 4979081 | + | EDI: CAPITALONE.COM | Jun 11 2025 19:28:00 | Continental Finance Co, Pob 8099, Newark, DE 19714 |
| 4994017 | + | EDI: AIS.COM | Jun 11 2025 23:24:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 4979083 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jun 11 2025 23:24:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4980861 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jun 11 2025 19:28:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 4979084 | + | EDI: PHINGENESIS | Jun 11 2025 19:28:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 4979086 | + | EDI: CITICORP | Jun 11 2025 23:24:00 | Celtic Bank Co, P.O. Box 4488, Beaverton, OR 97076-4402 |
| 4999965 | | EDI: CITICORP | Jun 11 2025 23:24:00 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 4979087 | + | EDI: WFNNB.COM | Jun 11 2025 23:24:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 4979092 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 11 2025 23:24:00 | Comenity Bank/Goodys, Po Box 182789, Columbus, OH 43218-2789 |
| 4979093 | + | EDI: DIRECTV.COM | Jun 11 2025 19:32:37 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 4982195 | + | EDI: AIS.COM | Jun 11 2025 23:24:00 | Directv, 2230 E. Imperial Hwy, El Segundo, CA 90245-3502 |
| 4979096 | + | EDI: AMINFOFP.COM | Jun 11 2025 23:24:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4979097 | + | EDI: PHINGENESIS | Jun 11 2025 23:24:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 4979098 | + | EDI: PHINGENESIS | Jun 11 2025 23:24:00 | Genesis BankCard, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 4979099 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Jun 11 2025 23:24:00 | Genesis FS Card, Po Box 4499, Beaverton, OR 97076-4499 |
| 4980590 | + | Email/Text: bankruptcy@curo.com | Jun 11 2025 19:28:00 | Hattiesburg Clinic, PA, 415 South 28th Ave, Hattiesburg, MS 39401-7283 |
| 4979101 | + | Email/Text: Bankruptcy@joracredit.com | Jun 11 2025 19:28:00 | Heights Finance dba First Heritage, PO Box 1947, Greenville, SC 29602-1947 |
| 4979104 | | Email/Text: todd@kwikcashonline.com | Jun 11 2025 19:28:34 | Jora Credit of Mississ, 7701 Las Colinas Ridge, Suite 650, Irving, TX 75063-8114 |
| 4979102 | | Email/Text: melissa.martin@kfcu.org | Jun 11 2025 19:28:00 | Kwikcash, Inc., 9150 Irvine Center Dr, Irvine, CA 92618 |
| 4979103 | + | EDI: CAPITALONE.COM | Jun 11 2025 19:28:00 | Keesler Federal Credit Union, PO Box 7001, Biloxi, MS 39534-7001 |
| 4997060 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2025 23:24:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| | | | Jun 11 2025 19:32:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recipient # | Method | Date/Time | Name/Address |
|---|---|---|---|
| 4993412 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 11 2025 19:32:34 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4979108 | Email/Text: bankruptcy@mobiloans.com | Jun 11 2025 19:28:00 | Mobiloans, LLC, Po Box 1409, Marksville, LA 71351 |
| 4979110 | ^ MEBN | Jun 11 2025 19:25:15 | MRS BPO, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 4979105 | + Email/Text: bankruptcy@marinerfinance.com | Jun 11 2025 19:28:00 | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 4979106 | + Email/Text: Mercury@ebn.phinsolutions.com | Jun 11 2025 19:28:00 | Mercury/FBT, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 4979107 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 11 2025 19:32:34 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 4979109 | + Email/Text: bankruptcy@moneykey.com | Jun 11 2025 19:28:00 | MoneyKey, 3422 Old Capitol Trail, Ste 1613, Wilmington, DE 19808-6124 |
| 4979114 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 11 2025 19:28:00 | NMAC, Pob 660366, Dallas, TX 75266-0366 |
| 4979112 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 11 2025 19:28:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 4995204 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 11 2025 19:28:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5002101 | + Email/Text: opportunitynotices@gmail.com | Jun 11 2025 19:28:00 | Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3400, Chicago, IL 60601-6379 |
| 4979115 | + Email/Text: opportunitynotices@gmail.com | Jun 11 2025 19:28:00 | Oppurtunity Financial, 130 E Randolph St, Chicago, IL 60601-6207 |
| 4988128 | Email/Text: perituselevate@peritusservices.com | Jun 11 2025 19:28:00 | RISE Credit, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 4979118 | EDI: PRA.COM | Jun 11 2025 23:24:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 4998055 | EDI: PRA.COM | Jun 11 2025 23:24:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4979116 | + Email/Text: Contact@PersonifyFinancial.com | Jun 11 2025 19:28:00 | Personify, P.o. Box 500650, San Diego, CA 92150-0650 |
| 4996793 | + EDI: JEFFERSONCAP.COM | Jun 11 2025 23:24:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5002150 | EDI: Q3G.COM | Jun 11 2025 23:24:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4999877 | EDI: Q3G.COM | Jun 11 2025 23:24:00 | Quantum3 Group LLC as agent for, Mercury Financial LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4999878 | EDI: Q3G.COM | Jun 11 2025 23:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4992632 | EDI: Q3G.COM | Jun 11 2025 23:24:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 4982577 | Email/Text: bankruptcy@republicfinance.com | Jun 11 2025 19:28:00 | Republic Finance,LLC, 282 Tower Rd, Ponchatoula,La 70454 |
| 4979120 | + EDI: PHINELEVATE | Jun 11 2025 23:24:00 | Rise Credit, P.O. Box 101808, Fort Worth, TX 76185-1808 |
| 4984635 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 11 2025 19:28:00 | SANTANDER CONSUMER USA, INC., 1601 Elm St, Suite 800, Dallas, TX 75201-7260 |
| 4979122 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | | |

| District/off: 0538-6 | User: mssbad | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 11, 2025 | Form ID: 3180W | Total Noticed: 89 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 4979121 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 11 2025 19:28:00 | Sezzle, 251 N 1st Ave, Minneapolis, MN 55401 |
| | | | Jun 11 2025 19:28:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 5002194 | + | Email/Text: bncmail@w-legal.com | Jun 11 2025 19:28:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5101148 | + | Email/Text: bncmail@w-legal.com | Jun 11 2025 19:28:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 4979124 | + | Email/Text: bkinfo@ccfi.com | Jun 11 2025 19:28:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 4980627 | + | Email/Text: bkinfo@ccfi.com | Jun 11 2025 19:28:00 | Speedy/Rapid Cash, P.O. Box 780408, Wichita, KS 67278-0408 |
| 4979125 | + | Email/Text: bankruptcy@bbandt.com | Jun 11 2025 19:28:00 | Suntrust Bank, Po Box 85526, Richmond, VA 23285-5526 |
| 4979127 | + | EDI: SYNC | Jun 11 2025 23:24:00 | Synchrony Bank, Po Box 965028, Orlando, FL 32896-5028 |
| 4979126 | + | EDI: SYNC | Jun 11 2025 23:24:00 | Synchrony Bank, P.O. Box 965060, Orlando, FL 32896-5060 |
| 4979128 | + | EDI: SYNC | Jun 11 2025 23:24:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 4979129 | + | EDI: SYNC | Jun 11 2025 23:24:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 4979131 | | Email/Text: bankruptcy@towerloan.com | Jun 11 2025 19:28:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 4979130 | + | EDI: TCISOLUTIONS.COM | Jun 11 2025 23:24:00 | Total Visa, P.O. Box 89940, Sioux Falls, SD 57109-6940 |
| 4999057 | + | Email/Text: bankruptcy@towerloan.com | Jun 11 2025 19:28:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5142003 | + | Email/Text: bankruptcy@bbandt.com | Jun 11 2025 19:28:00 | Truist Bank, PO Box 27767, Bankruptcy Department 306-40-04-95, Richmond, VA 23261-7767 |
| 4995811 | + | Email/Text: bankruptcy@bbandt.com | Jun 11 2025 19:28:00 | Truist Bank, P.O. Box 27767, Bankruptcy Department RVW 3034, Richmond, VA 23261-7767 |
| 4980235 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 11 2025 19:28:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 4979133 | + | Email/Text: bankruptcy@usm.edu | Jun 11 2025 19:28:00 | University of Southern Mississippi, Haley Baylis, 118 College Dr. #5133, Hattiesburg, MS 39406-0002 |
| 4979134 | | EDI: VERIZONCOMB.COM | Jun 11 2025 23:24:00 | Verizon Wireless, 3 Verizon Place, Alpharetta, GA 30004-8510 |
| 4979135 | + | Email/Text: ebn@wfcorp.com | Jun 11 2025 19:28:00 | Williams & Fudge, P.O. Box 11590, Rock Hill, SC 29731-1590 |

TOTAL: 76

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4979113 | *+ | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 4997199 | *P++ | PLAIN GREEN LOANS, 93 Mack Road, Suite 600, Box Elder, MT 59521, address filed with court:, Plain Green Loans, Attention: Special Handling, 93 Mack Rd, Suite 600, Box Elder, MT 59521 |

| District/off: 0538-6 | User: mssbad | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jun 11, 2025 | Form ID: 3180W | Total Noticed: 89 |

| 4979089 | ##+ | Comprehensive Radiolog, 5000 W 4th St, Hattiesburg, MS 39402-1000 |
| 4979132 | ##+ | United Credit Corp of Hattiesburg, 1214 West Pine, Hattiesburg, MS 39401-5060 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2025              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Elizabeth Halsey Parrott | on behalf of Creditor Truist Bank Elizabeth.Parrott@mccalla.com mccallaecf@ecf.courtdrive.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Will Perry Bennette jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Ashlie Brewer Bennette jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Michael J McCormick | on behalf of Creditor Truist Bank Michael.McCormick@mccalla.com mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Will Perry Bennette trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Ashlie Brewer Bennette trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Ashlie Brewer Bennette** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−4330** <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Will Perry Bennette** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−5916** <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **21−50247−KMS** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Ashlie Brewer Bennette**
aka Ashlie C Brewer, aka Ashlie Charlene Bennette

**Will Perry Bennette**
aka William Bennette, aka Willie Bennette

Dated: 6/11/25

**By the court:**   /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**