UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

In re:  
    ASHLIE BREWER BENNETTE  
    WILL PERRY BENNETTE  
        Debtor(s)

Case No. 21-50247 KMS

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David Rawlings, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/01/2021.

2) The plan was confirmed on 04/23/2021.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 05/20/2025.

6) Number of months from filing or conversion to last payment: 51.

7) Number of months case was pending: 53.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $88,047.13.

10) Amount of unsecured claims discharged without full payment: $277,739.50.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $177,014.36 |
| Less amount refunded to debtor | $3,160.84 |
| **NET RECEIPTS:** | **$173,853.52** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,600.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $9,520.11 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$13,120.11** |

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCE FINANCIAL ADMINISTRAT | Unsecured | 1,522.10 | 2,011.15 | 2,011.15 | 2,011.15 | 0.00 |
| Advance Recovery Syste | Unsecured | 89.76 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| BALANCE CREDIT | Unsecured | 1,897.00 | NA | NA | 0.00 | 0.00 |
| BANK OF MISSOURI | Unsecured | NA | 568.12 | 568.12 | 568.12 | 0.00 |
| CAPITAL ONE BANK BY AMERICAN I | Unsecured | 820.00 | 883.63 | 883.63 | 883.63 | 0.00 |
| CAPITAL ONE BANK BY AMERICAN I | Unsecured | 565.00 | 614.67 | 614.67 | 614.67 | 0.00 |
| CASH NET USA | Unsecured | 2,134.17 | 2,990.51 | 2,990.51 | 2,990.51 | 0.00 |
| CENTRAL FINANCIAL SERVICES | Unsecured | 2,174.61 | 1,890.09 | 1,890.09 | 1,890.09 | 0.00 |
| CITIBANK, N.A. | Unsecured | 1,105.00 | 1,167.17 | 1,167.17 | 1,167.17 | 0.00 |
| COMMUNITY BANK | Secured | 41,199.00 | 41,722.55 | 41,722.55 | 41,722.55 | 2,681.08 |
| CONTINENTAL FINANCE | Unsecured | 1,584.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 1,188.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 1,502.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 1,519.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 1,853.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 1,956.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV, LLC BY AMERICAN INFO S | Unsecured | NA | 301.91 | 301.91 | 301.91 | 0.00 |
| Elastic | Unsecured | 2,971.67 | NA | NA | 0.00 | 0.00 |
| Finance System Of Rich | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| Finance System Of Rich | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER | Unsecured | 823.00 | NA | NA | 0.00 | 0.00 |
| GENESIS BANKCARD SVS | Unsecured | 299.00 | NA | NA | 0.00 | 0.00 |
| GENESIS BANKCARD SVS | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| GENESIS BANKCARD SVS | Unsecured | 431.00 | NA | NA | 0.00 | 0.00 |
| GENESIS BANKCARD SVS | Unsecured | 551.00 | NA | NA | 0.00 | 0.00 |
| HATTIESBURG CLINIC, PA | Unsecured | 105.00 | 219.76 | 219.76 | 219.76 | 0.00 |
| HEIGHTS FINANCE HOLDING CO | Secured | 3,583.00 | 3,647.62 | 1,500.00 | 1,500.00 | 96.37 |
| HEIGHTS FINANCE HOLDING CO | Unsecured | NA | 0.00 | 2,147.62 | 2,147.62 | 0.00 |
| Integra Credit | Unsecured | 2,647.54 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEM | Unsecured | 1,196.00 | 1,293.80 | 1,293.80 | 1,293.80 | 0.00 |
| JEFFERSON CAPITAL SYSTEM | Unsecured | 836.00 | 905.19 | 905.19 | 905.19 | 0.00 |
| JEFFERSON CAPITAL SYSTEM | Unsecured | 393.00 | 499.14 | 499.14 | 499.14 | 0.00 |
| JEFFERSON CAPITAL SYSTEM | Unsecured | NA | 1,007.90 | 1,007.90 | 1,007.90 | 0.00 |
| JORA CREDIT | Unsecured | 1,277.62 | NA | NA | 0.00 | 0.00 |
| KEESLER FEDERAL CREDIT UNION | Secured | 13,840.00 | 12,284.68 | 12,284.68 | 12,284.68 | 789.42 |
| KOHLS | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| Kwik Cash | Unsecured | 992.79 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 3,757.00 | 3,862.09 | 3,862.09 | 3,862.09 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 1,079.00 | 1,158.23 | 1,158.23 | 1,158.23 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 778.00 | 842.63 | 842.63 | 842.63 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 357.00 | 416.01 | 416.01 | 416.01 | 0.00 |
| MARINER FINANCE | Unsecured | 2,412.00 | 0.00 | 2,438.66 | 2,438.66 | 0.00 |
| MERRICK BANK | Unsecured | 1,686.00 | 1,653.86 | 1,653.86 | 1,653.86 | 0.00 |
| MOBILOANS | Unsecured | 2,089.00 | NA | NA | 0.00 | 0.00 |
| MONEY KEY | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| MRS BPO LLC | Unsecured | 301.91 | NA | NA | 0.00 | 0.00 |
| MS INSTITUTE HIGHER LEARN COLL | Unsecured | 12,280.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 25,703.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 24,129.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 22,445.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 19,369.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 16,354.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 12,335.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 12,208.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 11,294.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 10,931.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 10,050.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 9,488.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 8,982.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 8,000.00 | 7,301.48 | 7,301.48 | 7,301.48 | 0.00 |
| NELNET | Unsecured | 5,928.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 5,864.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 4,312.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 3,657.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 3,103.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 2,816.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 2,680.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 2,503.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 2,447.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 2,223.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 2,206.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 2,118.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 1,193.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 921.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 854.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 543.00 | NA | NA | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Unsecured | NA | 0.00 | 1,210.35 | 1,210.35 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Secured | 18,134.00 | 16,825.35 | 15,615.00 | 15,615.00 | 1,003.44 |
| OPPORTUNITY FINANCIAL | Unsecured | 2,237.00 | 2,588.75 | 2,588.75 | 2,588.75 | 0.00 |
| OPPORTUNITY FINANCIAL | Unsecured | 1,238.00 | 1,560.35 | 1,560.35 | 1,560.35 | 0.00 |
| Personify | Unsecured | 5,921.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 561.00 | 614.15 | 614.15 | 614.15 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 4,827.00 | 5,011.23 | 4,987.21 | 4,987.21 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 323.00 | 419.27 | 419.27 | 419.27 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 494.00 | 544.97 | 544.97 | 544.97 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 381.00 | 334.95 | 334.95 | 334.95 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 392.00 | 652.76 | 652.76 | 652.76 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 369.00 | 484.35 | 484.35 | 484.35 | 0.00 |

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | Unsecured | NA | 464.78 | 464.78 | 464.78 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 515.59 | 515.59 | 515.59 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 632.19 | 632.19 | 632.19 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 376.95 | 376.95 | 376.95 | 0.00 |
| QUANTUM3 GROUP, LLC | Unsecured | 1,213.00 | 1,291.20 | 1,291.20 | 1,291.20 | 0.00 |
| REPUBLIC FINANCE, LLC | Secured | 3,543.00 | 3,196.26 | 1,500.00 | 1,500.00 | 96.37 |
| REPUBLIC FINANCE, LLC | Unsecured | NA | 0.00 | 1,696.26 | 1,696.26 | 0.00 |
| RISE CREDIT | Unsecured | 2,550.00 | 3,370.89 | 3,370.89 | 3,370.89 | 0.00 |
| RISE CREDIT | Unsecured | 1,688.00 | 2,261.57 | 2,261.57 | 2,261.57 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | NA | 0.00 | 2,385.29 | 2,385.29 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 10,957.00 | 10,620.29 | 8,235.00 | 8,235.00 | 529.21 |
| SCOLOPAX, LLC | Unsecured | NA | 6,373.41 | 6,373.41 | 6,373.41 | 0.00 |
| SCOLOPAX, LLC | Unsecured | NA | 1,494.58 | 1,494.58 | 1,494.58 | 0.00 |
| SCOLOPAX, LLC C/O WEINSTEIN & R | Unsecured | 1,687.40 | 2,176.30 | 2,176.30 | 2,176.30 | 0.00 |
| SEZZLE | Unsecured | 1,008.21 | NA | NA | 0.00 | 0.00 |
| SOUTHERN BONE & JOINT | Unsecured | 604.00 | NA | NA | 0.00 | 0.00 |
| Speedy/Rapid Cash | Unsecured | 968.87 | 1,031.53 | 1,031.53 | 1,031.53 | 0.00 |
| Speedy/Rapid Cash | Unsecured | 812.00 | 798.10 | 798.10 | 798.10 | 0.00 |
| TOTAL VISA | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |
| Tower Loan | Secured | 1,232.00 | NA | NA | 0.00 | 0.00 |
| TOWER LOAN OF MISSISSIPPI, LLC | Unsecured | NA | 1,562.59 | 1,562.59 | 1,562.59 | 0.00 |
| UNITED CREDIT CORP | Unsecured | 1,043.08 | 678.33 | 678.33 | 678.33 | 0.00 |
| UNIVERSITY OF SOUTHERN MS | Unsecured | 1,062.00 | 2,141.00 | 2,141.00 | 0.00 | 0.00 |
| US Dept Of Ed | Unsecured | 2,991.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 586.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $41,722.55 | $41,722.55 | $2,681.08 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $36,134.68 | $36,134.68 | $2,322.07 |
| All Other Secured | $3,000.00 | $3,000.00 | $192.74 |
| **TOTAL SECURED:** | **$80,857.23** | **$80,857.23** | **$5,195.89** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$76,821.29** | **$74,680.29** | **$0.00** |

UST Form 101-13-FR-S (09/01/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $13,120.11 |
| Disbursements to Creditors | $160,733.41 |
| **TOTAL DISBURSEMENTS** : | **$173,853.52** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/18/2025　　　　　　　　By: /s/ David Rawlings  
　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**